UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDGARDO TELLEZ, et al,
Plaintiff(s)

26 civ 3601 (JGK)

-against-

MISSION CEVICHE, LLC., et al,
Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Thursday, August 6, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 28, 2026